# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **SIDNEY G. WEAVER JR.,** | ) | **CASE NO. 4:05cv231** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| **DOUGLAS COUNTY CORRECTIONS,** | ) | |
| | ) | |
| **Defendant.** | ) | |

The Clerk's Office has requested that Document Number 9 be stricken from the record for the following reason:

- Duplicate document of number 8.

IT IS THEREFORE ORDERED that the Clerk's Office shall strike Document Number 9 from the record.

DATED this 29th day of June, 2005.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge